

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Geoffrey Brounell**
(212) 603-6404 tel
(212) 489-8340 fax

GeoffreyBrounell@dwt.com

June 4, 2024

<u>Via ECF</u>

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *Elliot McGucken v. Microsoft Corporation, et al.*, Case No. 24 Civ. 2578 (RA)

Dear Judge Abrams:

This firm represents Defendant Microsoft Corporation ("Microsoft") in the above captioned action.  Pursuant to Rule 1.D. of Your Honor's Individual Rules & Practices in Civil Cases, the parties write jointly to respectfully request an extension of time by which Microsoft may answer, move, or otherwise respond to Plaintiff's Complaint.

The date for Microsoft to answer, move, or otherwise respond to Plaintiff's Complaint is currently June 5, 2024.  (*See* Dkt. No. 14.)  Microsoft respectfully requests an extension of 21 days, up to and including June 26, 2024, to respond to Plaintiff's Complaint.  This is Microsoft's second request for an extension.  The Court granted the first request.  *Id*.  Plaintiff's counsel has consented to this request.  The parties make this joint request so they can continue discussing a potential resolution of this matter.  The parties have been working cooperatively over the past 30 days to try and resolve but given counsels' schedules and complexities relating to the sourcing of the images at issue, the parties are requesting another brief extension.

Respectfully submitted,

Davis Wright Tremaine LLP

*s/ Geoffrey S. Brounell*


CC:    All Parties of Record (*by ECF*)

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
June 5, 2024

DWT.COM